*842
 
 OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 Defendant’s contention that he was deprived of effective assistance of counsel is conclusory and without support in the record. Defendant fails to identify any theory of defense that was ignored or any particular witness that should have been called
 
 (see, People v Benn,
 
 68 NY2d 941, 942). The record demonstrates that defense counsel vigorously cross-examined the People’s witnesses and delivered opening and closing statements that were entirely consistent with defendant’s alibi defense
 
 (see, People v Hood,
 
 62 NY2d 863, 865). Thus, there is no support for defendant’s claim that he did not receive "meaningful representation” at trial
 
 (see, People v Jones,
 
 55 NY2d 771, 773;
 
 People v Baldi,
 
 54 NY2d 137, 147). Defendant’s remaining contentions are either without merit or unpreserved.
 

 Chief Judge Wachtler and Judges Simons, Kaye, Alexander, Titone, Hancock, Jr., and Bellacosa concur.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed, in a memorandum.